No. 988. ALAMO NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 989. ALEXANDER *v.* SAME. May 23, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioners. *Solicitor General Jackson, Assistant Attorney*

*General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.